### ALA. G. S. R. R. CO v. KAUL LUMBER CO.

(Decided November 24th, 1914.)

APPEAL from Tuscaloosa Circuit Court.

Heard before Hon. BERNARD HARWOOD.

A. G. & E. D. SMITH, for appellant. OLIVER, VERNOR & RICE, for appellee.

Per curiam. Appeal dismissed.

---

### ARRINGTON v. THE STATE.

(Decided February 9th, 1915.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

H. L. MARTIN, for appellant. WILLIAM L. MARTIN, Attorney General, for the State.

BROWN, J.—No judgment of conviction is shown, and the appeal will be dismissed.

---

### BEAN v. THE STATE.

(Decided December 15th, 1914.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

THOMAS, J.—No bill of exception and no error in the record. Affirmed.